Case 1:06-cv-01807-NLH-JS     Document 43     Filed 10/27/2008     Page 1 of 1

# MATTIONI, LTD.

COUNSELORS AT LAW

PHILADELPHIA
399 Market Street, Suite 200
Philadelphia, PA 19106
215-629-1600
215-923-2227 Fax

MONTGOMERY COUNTY
509 Swede Street
Norristown, PA 19401
484-322-0886
484-322-0887 Fax

NEW JERSEY
1316 Kings Highway
Swedesboro, NJ 08085
856-241-9779
856-241-9989 Fax

www.mattioni.com • firmmail@mattioni.com

Please Reply To:  Philadelphia

Our File No. 15380-32310

October 27, 2008

The Honorable Noel L. Hillman
United States District Court District of New Jersey
Mitchell H. Cohen Federal Courthouse - Room #6020
Post Office Box 2706
1 John F. Gerry Plaza - Fourth & Cooper Street
Camden, NJ 08101

Re:   ***Nicholas DeSantis v. Alder Shipping, c/o Norbulk
      Shipping) Civil Action No: 06-cv-1807 (NLH)-JS***

Dear Judge Hillman:

Please accept this letter as Defendant Alder Shipping Co.'s request to withdrawal its Motion *in Limine* to Preclude Plaintiff's Witnesses Not Timely Produced, Document 41 on the docket, filed October 20, 2008. Defendant wishes to withdrawal this Motion because counsel for Defendant Adler and counsel for Plaintiff have reached a mutual agreement regarding said Motion. Please be advised that Defendant Adler Shipping Co's request to withdrawal its Motion is applicable only to the above referenced Motion, listed as Document 41. Defendant Adler wishes to proceed on all other motions it has filed and presently pending before the Court.

Thank you for your consideration in this matter.

Respectfully Submitted,

MATTIONI, LTD.

Eugene Mattioni

EM:pmo
**VIA ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL**
cc:   Joel Schneider, United States Magistrate Judge (via First Class Mail)
      Stanley B. Gruber, Esquire
      Stephen M. Calder, Esquire

ORDERED on October 28, 2008
that Motion [41] is denied
as moot.

U:\DOCS\em\Nicholas DeSantes - Alder Shipping Co\J-judgehillman-10-27-08 motion withdrawal.wpd

At Camden, NJ

Noel L. Hillman, USDJ