UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS DESANTIS,<br><br>     Plaintiff,<br><br>     v.<br><br>ALDER SHIPPING CO.,<br>FRESH DEL MONTE<br>PRODUCE, INC.,<br>DEL MONTE FRESH<br>PRODUCE, N.A., INC.<br>DEL MONTE FRESH PRODUCE CO.<br>Individually, jointly and<br>severally,<br>     Defendants. | Civil Action No.<br>06-1807(NLH)<br><br>**ORDER** |

**APPEARANCES:**

STANLEY GRUBER
1601 MARKET STREET, 2ND FLOOR
PHILADELPHIA, PA 19103
*Attorney for Plaintiff, Nicholas DeSantis*

EUGENE MATTIONI
MATTIONI, LTD.
399 MARKET STREET SUITE 200
PHILADELPHIA, PA 19106
*Attorney for Defendant, Alder Shipping Company*

STEPHEN CALDER
PALMER BIEZUP & HENDERSON LLP
330 MARKET STREET
CAMDEN, NJ 08102
*Attorney for Defendants, Del Monte Fresh Produce, N.A., Inc.,*
*Fresh Del Monte Produce, Inc., and Del Monte Fresh Produce Co.*

**HILLMAN, District Judge**

This matter having come before the Court on the letter of Defendant Alder Shipping c/o Norbulk Shipping ("Adler Shipping"), dated February 20, 2009, requesting that the Court reconsider its

prior Order, dated February 6, 2009, which denied Defendant's request to allow the videotaped deposition testimony of Defendant's medical expert witness at trial; and

Defendant asserting that his medical expert witness, Dr. Mandel, performs surgery on Mondays, Tuesdays, and Fridays, and schedules appointments with patients on Wednesdays and Thursdays; and

The Court noting that it will permit Defendant to call Dr. Mandel to testify on a Wednesday and/or Thursday; and

For the reasons previously stated in the Court's Order, dated February 6, 2009;

**IT IS HEREBY ORDERED** this 20th day of February, 2009, that Alder Shipping's request for reconsideration, dated February 20, 2009, is **DENIED**.

  NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey